IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MARGARET STARR**                                                      **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO.: 2:20-CV-113-TBM-MTP**

**MARION COUNTY; BERKLEY HALL,** *in his official capacity as Sheriff of Marion County*; **MATT BROWN,** *in his individual capacity and official capacity as a Marion County Sheriff Deputy*                        **DEFENDANTS**

## ORDER

This matter is before the Court on Plaintiff's Motion *in Limine* [35] and Defendant Matt Brown's Motion *in Limine* [37]. At the hearing conducted in this matter on January 6, 2022, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions. The Court concluded that Plaintiff's Motion *in Limine* [35] should be granted. The Court further concluded that Defendant Matt Brown's Motion *in Limine* [37] should be denied without prejudice.

The Court construes Plaintiff's Motion *in Limine* [35] as requesting sanctions under Federal Rule of Civil Procedure 37(c). As the Motion [35] is granted, the appropriate remedy or sanction at this time is for all case management deadlines to begin anew after a case management conference with the Magistrate Judge. Plaintiff's requests for additional relief or sanctions are held in abeyance to be considered—if necessary—at a subsequent date and prior to trial.

Accordingly, Defendant Matt Brown's Motion *in Limine* [37] to exclude Certain Medical Records is denied without prejudice as moot. Defendants may re-raise this Motion at a later time, if appropriate.

THEREFORE, IT IS ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on January 6, 2022, Plaintiff's Motion *in Limine* [35] is GRANTED.

IT IS FUTHER ORDERED AND ADJUDGED that Defendant Matt Brown's Motion *in Limine* [37] is DENIED WITHOUT PREJUDICE as moot.

THIS, the 7th day of January, 2022.

                                      TAYLOR B. McNEEL
                                      UNITED STATES DISTRICT JUDGE