IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MARGARET STARR**                                                                    **PLAINTIFF**

v.                                                        CIVIL ACTION NO. 2:20-cv-113-TBM-MTP

**MATT BROWN,** *in his individual capacity and official capacity as a Marion County Sheriff Deputy*; and
**MICHAEL HUDSON**                                                                    **DEFENDANTS**

### ORDER

This matter came before the Court on the Motion for Summary Judgment [66] filed by Matt Brown and Michael Hudson. At the hearing conducted in this matter on February 1, 2023, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced on the record its detailed findings and conclusions concerning each motion ruled upon.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on February 1, 2023, the Motion for Summary Judgment [66] is GRANTED IN PART and DENIED IN PART. All claims against Matt Brown are DISMISSED WITH PREJUDICE. With the exception of Margaret Starr's Fourth Amendment claim predicated on Hudson's alleged use of excessive force, all other claims against Michael Hudson are DISMISSED WITH PREJUDICE.

THIS, the 1st day of February, 2023.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE