IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MARGARET STARR**                                                           **PLAINTIFF**

**v.**                                                     **CIVIL ACTION NO. 2:20-cv-113-TBM-MTP**

**MICHAEL HUDSON**                                                **DEFENDANT**

### **ORDER**

This matter came before the Court on Michael Hudson's First Motion in Limine [73] and Second Motion in Limine [75]. At the hearing conducted in this matter on April 20, 2023, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced on the record its detailed findings and conclusions concerning each motion ruled upon.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on April 20, 2023, Hudson's First Motion in Limine [73] is DENIED and Hudson's Second Motion in Limine [75] is GRANTED IN PART to the extent the parties have agreed to the order and DENIED IN PART in all other respects.

THIS, the 20th day of April, 2023.

                                                                                 TAYLOR B. McNEEL
                                                                      UNITED STATES DISTRICT JUDGE