# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**MARGARET STARR**                                                                    **PLAINTIFF**

**v.**                             **CIVIL ACTION NO. 2:20-cv-113-TBM-MTP**

**MICHAEL HUDSON**                                            **DEFENDANT**

## **ORDER**

This matter came before the Court on Hudson's Motions for Summary Judgment [84] and [86]. At the hearing conducted in this matter on May 10, 2023, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced on the record its detailed findings and conclusions concerning each motion ruled upon.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on May 10, 2023, Hudson's Motions for Summary Judgment [84] and [86] are DENIED.

THIS, the 11th day of May, 2023.

                                                                     TAYLOR B. McNEEL
                                                               UNITED STATES DISTRICT JUDGE